No. 84–738.   MOORE v. MORROW, SECRETARY OF NORTH CAR-OLINA DEPARTMENT OF HUMAN RESOURCES, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–741.   CASSILIANO v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 84–757.   CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. v. KOCH, MAYOR OF THE CITY OF NEW YORK, ET AL.; and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. v. GOLDSTEIN ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 84–769.   FERN ET AL. v. TURMAN ET AL.   C. A. 9th Cir. Certiorari denied.

No. 84–814.   CITY OF OCEANSIDE v. FEDERAL EMERGENCY MANAGEMENT AGENCY ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–815.   BLACKMON ET AL. v. UNITED STATES ET AL. C. A. 8th Cir.   Certiorari denied.

No. 84–843.   DURAND ET AL. v. SIMON PRODUCTIONS NO. 2, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–848.   CALLARI v. CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 84–854.   ECOS ELECTRONICS CORP. v. UNDERWRITERS LABORATORIES, INC.   C. A. 7th Cir.   Certiorari denied.

No. 84–874.   PITTSBURGH BUILDING CONSTRUCTION INDUS-TRY ADMINISTRATIVE COMMITTEE FOR RESEARCH, EDUCATION & TRAINING, INC. v. UNITED STATES DEPARTMENT OF LABOR. C. A. Fed. Cir.   Certiorari denied.